# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baxter, Andrew T. | District Court-Northern NY | 04/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

James Hanely Federal Building
P.O. Box 7396
100 South Clinton Street
Syracuse, NY 13261-7396

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee (1 of 4) | Trust #1 |
| 2. | Vice President | Princeton Alumni Association of Central New York |
| 3. | Co-Trustee (1 of 2) | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Andrew T. | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Andrew T. | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT

Page 4 of 9

**Name of Person Reporting**

**Baxter, Andrew T.**

**Date of Report**

04/30/2020

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Chase (Accounts) | A | Interest | K | T | | | | | |
| 2. ally (Account) | A | Interest | J | T | | | | | |
| 3. (H) Charles Schwab Schwab-One Account | A | Interest | K | T | Open | 05/05/19 | K | | |
| 4. -Schwab Advantage Money Fund (SWVXX) | A | Dividend | J | T | Buy | 05/09/19 | K | | |
| 5. --Schwab Advantage Money Fund (SWVXX) | | | | | Sold (part) | 09/17/19 | K | A | |
| 6. -U.S. Treaury Note #1 | A | Interest | K | T | Buy | 09/20/19 | K | | |
| 7. -U.S. Treasury Note #2 | | | K | T | Buy | 09/20/19 | K | | |
| 8. (H) NY's 529 College Savings Program (Accounts) | | | | | Closed | 01/03/19 | J | | |
| 9. - Interest Accumulation Portfolio (Bloomberg Barclays Index Fund) | A | Interest | | | Sold | 01/03/19 | J | | |
| 10. (H) Trust #1 | | | | | | | | | |
| 11. - First Citizens Community Bank (Dep. Acct.) | A | Interest | J | T | | | | | |
| 12. - Charles Schwab Bank, High Yield Investor Checking | A | Interest | K | T | | | | | |
| 13. - Charles Schwab, Schwab One Trust Account | A | Interest | N | T | | | | | |
| 14. --Schwab Advantage Money Fund (SWVXX) | C | Dividend | J | T | Buy | 07/30/19 | K | | |
| 15. --Schwab Advantage Money Fund (SWVXX) | | | | | Sold (part) | 09/16/19 | N | C | |
| 16. --Schwab US Broad Market EFT (SCHB) | A | Dividend | | | Sold | 09/16/19 | K | C | |
| 17. -- Vanguard High Dividend Yield Index Fund ETF (VYM) | A | Dividend | | | Sold | 09/16/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baxter, Andrew T.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --U.S. Treasury Note #XH8 | A | Interest | | | Buy | 09/20/19 | M | | |
| 19. --U.S. Treasury Note #VV9 | | | | | Buy | 09/20/19 | M | | |
| 20. --U.S. Treasury Bill #TH-2 | | | | | Buy | 09/20/19 | L | | |
| 21. - Real Estate Parcel #1, Potter Cty., PA | | None | M | W | | | | | |
| 22. - Real Estate Parcel #2, Potter Cty., PA | | None | L | W | | | | | |
| 23. - Real Estate Parcel #3, Potter Cty., PA (w/ gas lease) | A | Royalty | K | W | | | | | |
| 24. - Real Estate Right of Way, Potter Cty., PA | | None | J | R | | | | | |
| 25. 1/4 interest in Ameritas Life Ins. Co. whole life policy #1 | A | Dividend | K | T | | | | | |
| 26. 1/4 interest in Ameritas Life Ins. Co. whole life policy #2 | A | Dividend | K | T | | | | | |
| 27. 1/4 interest in Ameritas Life Ins. Co. whole life policy #3 | A | Dividend | K | T | | | | | |
| 28. 1/4 interest in Ameritas Life Ins. Co. whole life policy #4 | A | Dividend | J | T | | | | | |
| 29. 1/4 interest in MONY Life Ins. Co. (AXA) whole life policy | A | Dividend | J | T | | | | | |
| 30. Real Estate Parcel #4, Potter County, PA | | None | J | W | | | | | |
| 31. (H) Trust #3 | | | | | | | | | |
| 32. -Citizens & Northern Bank | A | Interest | J | T | Open | 08/19/19 | K | | |
| 33. -SunTurst | A | Interest | K | T | | | | | |
| 34. -Charles Schwab, Schwab One Trust Account | A | Interest | P1 | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baxter, Andrew T.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --U.S. Treasury Bill #RN1 | D | Interest | | | Matured | 12/05/19 | M | | |
| 36.   --U.S. Treasury Note #A42 | | | M | T | Buy | 12/27/19 | M | | |
| 37.   --U.S. Treasury Note #N48 | A | Interest | M | T | Buy | 12/27/19 | M | | |
| 38.   --U.S. Treasury Note #M98 | B | Interest | M | T | Buy | 11/15/19 | M | | |
| 39.   --U.S. Treasury Bill #RM3 | D | Interest | | | Matured | 11/07/19 | M | | |
| 40.   --U.S. Treasury Bill #RF8 | D | Interest | | | Matured | 10/10/19 | M | | |
| 41.   --U.S. Treasury Note #WC0 | B | Interest | M | T | Buy | 10/16/19 | M | | |
| 42.   --U.S. Treasury Bill #RA9 | B | Interest | | | Matured | 09/12/19 | L | | |
| 43.   --U.S. Treasury Note #XH8 | A | Interest | L | T | Buy | 09/20/19 | M | | |
| 44.   --U.S. Treasury Note #VV9 | | | M | T | Buy | 09/20/19 | M | | |
| 45.   --U.S. Treaury Note #VZO | A | Interest | M | T | Buy | 09/20/19 | M | | |
| 46.   --U.S. Treasury Note #2J8 | | | L | T | Buy | 09/20/19 | L | | |
| 47.   --U.S. Treasury Bill #SV2 | | | L | T | Buy | 06/20/19 | L | | |
| 48.   --U.S. Treasury Bill #QM4 | B | Interest | | | Matured | 06/20/19 | L | | |
| 49.   --U.S. Treasury Bill #SM2 | | | L | T | Buy | 04/25/19 | L | | |
| 50.   --U.S. Treasury Bill #QC6 | B | Interest | | | Matured | 04/25/19 | L | | |
| 51.   --U.S. Treasury Bill #SH3 | | | L | T | Buy | 03/28/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Baxter, Andrew T. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --U.S. Treasury Bill #PX1 | B | Interest | | | Matured | 03/28/19 | L | | |
| 53.  --U.S. Treasury Bill #SD2 | | | L | T | Buy | 02/28/19 | L | | |
| 54.  --U.S. Treasury Bill #PTO | B | Interest | | | Matured | 02/28/19 | L | | |
| 55.  --U.S. Treasury Bill #RT8 | | | L | T | Buy | 01/03/19 | L | | |
| 56.  --U.S. Treasury Bill #PK9 | B | Interest | | | Matured | 01/03/19 | L | | |
| 57.  --U.S. Treasury Bill #RY7 | | | L | T | Buy | 01/31/19 | L | | |
| 58.  --U.S. Treasury Bill #PP8 | B | Interest | | | Matured | 01/31/19 | L | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baxter, Andrew T.** | 04/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Position #1: Trust #1 is a trust of the reporting judge and other family members.

Position #3: Trust #3 is a trust of a family member. Reporting judge was appointed as a co-trustee on 01/24/19. The other co-trustee died on 01/07/2020.

Asset #3: Shows Schwab One interest only.

Asset ##4-5: Dividends on SWVXX and year end balance reported only on line 4.

Asset #7: No interest paid in 2019 on U.S. Treasury Note #2.

Asset ##8-9: Final withdrawals paid towards graduate school tuition for non-depenent child and account closed. Interest income for asset is shown only on line 9.

Asset #13: Shows Schwab One interest only.

Asset ##14-15: Dividends on SWVXX and year end balance reported only on line 14.

Asset ##19, 20: No interest paid in 2019 on U.S. Treasury Note #VV9 or U.S. Treasury Bill #TH-2.

Asset #23: Income consists of royalty on natural gas storage lease from National Fuel Gas Supply Corp.

Asset #24: The value of the right of way relating to other parcels in Potter County, PA was purchased, on 08/16/2004, for $2,500 by the donor to the trust, a relative.

Assets ##25-29: 100% cash value and dividends reported, although reporting judge owns 1/4 interest in policies (on the life of a relative alive in 2019, although he died on 01/07/2020).

Assets #33: Account existed as of 01/24/19, when reporting judge was made a co-trustee.

Assets #34: Account existed as of 01/24/19, when reporting judge was made a co-trustee. Some Treasury Bills in the Charles Schwab account were purchased prior to reporting judges appointment as co-trustee. Line 34 Shows Schwab One interest only.

Assets ##35-58: Interest on Treasury Bills and Notes reported only if paid in 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew T. Baxter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544